JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 659 -- In re Syntex Corporation Dioxin Disposal in Missouri Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/08/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Raymond F. Wehner, et al. for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: E.D. Missouri -- SUGGESTED TRANSFEREE JUDGE: Edward L. Filippine (rh) |
| 85/08/29 | 2 | REQUEST FOR EXTENSION OF TIME -- Syntex Corp., Snytex (U.S.A.), Inc., Syntex Laboratories, Inc. and Syntex Agribusiness, Inc. (the Syntex Defendants) -- GRANTED TO AND INCLUDING SEPTEMBER 30, 1985 TO ALL PARTIES -- Notified involved counsel. (ds) |
| 85/09/03 | 3 | REQUEST FOR EXTENSION OF TIME -- The Charter Company, et al. -- presviously granted to all parties to 9/30/85 (rh) |
| 85/09/03 | | APPEARANCES: HOWARD J. SEDRAN, ESQ. for Raymond F. Wehner, et al., DAVID A. TAYLOR, ESQ. for State of Missouri, JOSEPH M. SPIVEY, III, ESQ. for Syntex Corp., Syntex (U.S.A.) Inc., Syntex Laboratories, Inc. and Syntex Agribusiness, Inc., TED L. PERRYMAN, ESQ. for Northeastern Pharmaceutical and Chemical Co., Edwin Michaels, John Lee and Milton Turkel, STEPHEN D. BUSEY, ESQ. for The Charter Co., et al., STEVEN R. BAER, ESQ. for United States of American, Lee M. Thomas, Enviromental Protection Agency, Federal Emergency Management Agency (rh) |
| 85/09/04 | | APPEARANCES: RICHARD A. AHRENS, ESQ. for Independent Petrochemical Corporation (rh) |
| 85/09/13 | | AMENDED APPEARANCE -- TED L. PERRYMAN, ESQ. for Bernard Bortz (ds) |
| 85/09/23 | | APPEARANCE: ERIC B. ROTHENBERG, ESQ. FOR Saddle & Spur Club, Inc. (cds |
| 85/09/30 | 4 | RESPONSE -- The Charter Co., Charter Oil Co., Charter International Oil Co. and 40 of their affiliates w/BRIEF (excessive page brief accepted for filing) and cert. of service. (rew) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/09/30 | 5 | RESPONSE -- Independent Petrochemical Corporation -- w/cert. of svc. (rh) |
| 85/09/30 | 6 | RESPONSE -- State of Missouri -- w/cert. of svc. (rh) |
| 85/09/30 | 7 | RESPONSE -- Northeastern Pharmaceutical and Chemical Co, Inc.; Edwin Michaels; John Lee; Milton Turkel; Bernard Bortz -- w/cert. of cert. (rh) |
| 85/09/30 | 8 | RESPONSE -- United States of America -- w/cert. of svc. (rh) |
| 85/09/30 | 9 | RESPONSE to Pldg. #1 -- SYNTEX CORP., w/BRIEF w/Cert. of Svc. (rew) |
| 85/09/30 | 10 | RESPONSE to Pldg. #1 -- SYNTEX LABORATORIES, INC. adopting Pldg. #9 w/Cert. of Svc. (rew) |
| 85/09/30 | 11 | RESPONSE to Pldg. #1 -- SYNTEX AGRIBUSINESS, INC. adopting Pldg. #9 w/Cert. of Svc. (rew) |
| 85/09/30 | 12 | RESPONSE to Pldg. #1 -- SYNTEX (U.S.A.) INC. adopting Pldg. #9 w/Cert. of Svc. (rew) |
| 85/10/18 | | HEARING ORDER -- MOTION OF DEFENDANT Raymond F. Wehner, et al., for transfer of a-1 thru A-5 for hearing on 11/21/85 in Portland Oregon (paa) |
| 85/11/21 | | HEARING APPEARANCES -- HOWARD J. SEDRAN, ESQ. for Raymond F. Werner, et al.; TED L. PERRYMAN, ESQ. for Northeastern Pharmaceutical & Chemical Co., Edwin Michaels, John Lee & Milton Turkel; LEWIS F. POWELL, III, ESQ. for Syntex Corp., Syntex Laboratories, Inc., Syntex (U.S.A.), Inc. and Syntex Agribusiness, Inc.; STEPHEN D. BUSEY, ESQ. for The Charter Co., Charter Oil Co. & Charter International Oil Co., et al.; STEVEN R. BAER, ESQ. for United STates of America, et al. (ds) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Independent Petrochemical Corp. and David A. Taylor (ds) |
| 85/11/27 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 659 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Syntex Corporation Dioxin Disposal in Missouri Litigation

## SUMMARY OF LITIGATION

| Hearing Dates Nov. 21, 1985 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/27/85 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 11/27/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 659 -- In re Syntex Corporation Dioxin Disposal in Missouri Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Raymond F. Wehner, et al. v. Syntex Corporation, et al. | Cal.,N. Ingram | C-85-20383 | | | | |
| A-2 | The Charter Company, et al. v. Lee M. Thomas, et al. | Fla.,M. Melton | 83-974-CIV-J-12 | | | | |
| A-3 | State of Missouri v. Independent Petrochemical Corporation, et al. | Mo.,E. Filippine | 83-2670C (2) | | | | |
| A-4 | Raymond F. Wehner, et al. v. Syntex Corporation, et al. | Mo.,E. Filippine | 83-0642C (2) | | | | |
| A-5 | United States of American v. Russell Martin Bliss, et al. | Mo.,E. Nangle | 84-0200-C (1) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 659 -- In re Syntex Corporation Dioxin Disposal in Missouri

Litigation

| | |
|---|---|
| RAYMOND F. WEHNER, ET AL. (A-1 & A-4) | SYNTEX CORPORATION |
| Howard J. Sedran, Esq. | SYNTEX (U.S.A.) INC. |
| Levin & Fishbein | SYNTEX LABORATORIES, INC. |
| 320 Walnut Street | SYNTEX AGRIBUSINESS, INC. |
| Suite 600 | Joseph M. Spivey, III, Esq. |
| Philadelphia, PA  19106 | Hunton & Williams |
| | P.O. Box 1535 |
| THE CHARTER COMPANY, ET AL. (A-2) | 707 East Main Street |
| CHARTER OIL COMPANY | Richmond, Virginia  23212 |
| CHARTER INTERNATIONAL OIL COMPANY | BERNARD BORTZ |
| Stephen D. Busey, Esq. | NORTHEASTERN PHARMACEUTICAL AND |
| Smith & Hulsey | CHEMICAL COMPANY, INC. |
| 500 Barnett Bank Bldg. | EDWIN MICHAELS |
| Jacksonville, Florida  32202 | JOHN LEE |
| | MILTON TURKEL |
| STATE OF MISSOURI (A-3) | Ted L. Perryman, Esq. |
| David A. Taylor, Esq. | Roberts, Perryman & Bomkamp |
| Assistant Attorney General | 1015 Locust Street |
| Broadway State Office Bldg. | Suite 700 |
| P.O. Box 899 | St. Louis, Missouri  63101 |
| Jefferson City, Missouri  65102 | |
| | INDEPENDENT PETROCHEMICAL CORP. |
| UNITED STATES OF AMERICA (A-5) | Richard A. Ahrens, Esq. |
| LEE M. THOMAS | Lewis & Rice |
| Steven R. Baer, Esq. | 611 Olive Street |
| United States Department of Justice | P.O. Box 66985 |
| Land & Natural Resources Division | St. Louis, Missouri  63166 |
| Environmental Enforcement Section | |
| Room 1712 | |
| 10th & Pennsylvania Ave., N.W. | |
| Washington, D.C.  20530 | |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. _659_ -- _____

Katherine Emery (No App. rec'd)
4978-A Loughboroug Avenue
St. Louis, Missouri  63109


Earl Butler
**2102 S.E. 29th Street**
**Taylor Creek Isles**
Okeechobee, Florida  33474

Stobar, Inc. (No App. rec'd)
R/A Robert Vexburg
10 Clerbrook Lane
St. Louis, Missouri  63124


SOPHIE BODINE
LOREN BODINE (No App. rec'd)
Sophie Bodine
Loren Bodine
Rout 1
St. James, Missouri  65559


RICHARD CARDETTI
BERTHA CARDETTI
KIMBERLY CARDETTI (No App. rec'd)
Richard Cardetti
Bertha Cardetti
Kimberly Cardetti
Route 1, Box 68
St. James, Missouri  65559


BUBBLING SPRINGS RANCH, INC. (No App.
Bubbling Springs Ranch, Inc. rec'd)
c/o David L. Jones
7777 Bonhomme, Suite l500
St. Louis, Missouri


SADDLE & SPUR CLUB, INC.
Eric B. Rothenberg, Esq.
Bryan, Cave, McPheeters & McRoberts
350 Park Avenue
New York, NY  10022


RUSSELL M. BLISS  (Pro Se)
EVELYN BLISS
R. R. 1
St. James, MO  65559


JERRY BLISS                (Pro Se)
JERRY RUSSEL BLISS, INC.
149 Strecker Road
Ballwin, MO  63011


Bobby L. Grizzle  (No App. rec'd)
RR #1
Moscow Mills, Missouri  63362


Beverly Garvey  (No App. rec'd)
10505 Mimosa Lane
St. Louis, Missouri  63126


UNABLE TO DETERMINE COUNSEL FOR THE
FOLLOWING:


Henry Marnati
Santina Marnati
Daniel Schneider

JPML FORM 2A -- Continuation

Counsel of Record -- p. ___3___

DOCKET NO. ___659___ -- __In re Syntex Corporation Dioxin Disposal in Missouri Litigation__

CARL GASTINEAU
SHIRLEY GASTINEAU (No App. rec'd)
Robert Bogard, Esq.
Carr, Korein, Kunin,
Schlichter & Brennan
412 Missouri Avenue
East St. Louis, Illinois  62201

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 659 -- In re Syntex Corporation Dioxin Disposal in Missouri Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Syntex Corporation | A-1, A-4, A-5 |
| Syntex (U.S.A.) Inc. | A-1, A-5 |
| Lee M. Thomas | A-2, |
| Independent Petrochemical Corporation | A-3, A-4, A-5 |
| Northeastern Pharmaceutical and Chemical Company, Inc. | A-3, A-4, A-5 |
| Edwin B. Michaels | A-3, A-4, A-5 |
| John Lee | A-3, A-4, A-5 |
| Russell Martin Bliss | A-3, A-5 |
| Jerry-Russell Bliss, Inc. | A-3, A-5 |
| Syntex Laboratories, Inc. | A-3, A-5 |
| Syntex Agribusiness, Inc. | A-3, A-4, A-5 |

p. __2__

| | |
|---|---|
| The Charter Company | A-4, A-5 |
| Charter Oil Company | A-4, A-5 |
| Milton Turkel | A-4 |
| Daniel Schneider | A-4 |
| Bernard Bortz | A-4 |
| Charter International Oil Company | A-5 |
| Katherine Emery | A-5 |
| Earl Butler | A-5 |
| Stobar, Inc. | A-5 |
| Henry Marnati | A-5 |
| Santina Marnati | A-5 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _659_ -- In re Syntex Corporation Dioxin Disposal in Missouri Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Loren Bodine | A-5 |
| Sophie Bodine | A-5 |
| Elsie Walls | A-5 |
| Bertha Cardetti | A-5 |
| Richard Cardetti | A-5 |
| Kimberly Cardetti | A-5 |
| Jerry Bliss | A-5 |
| Evelyn Bliss | A-5 |
| Bobby L. Grizzle | A-5 |
| Carl Gastineau | A-5 |
| Shirley Gastineau | A-5 |

p. ___4___

| | |
|---|---|
| Bubbling Springs Ranch, Inc. | A-5 |
| Beverly Garvey | A-5 |
| Saddle and Spur Club, Inc. | A-5 |
| United States of America | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |