NOV 27 1985

DOCKET NO. 659

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SYNTEX CORPORATION DIOXIN DISPOSAL IN MISSOURI LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of five actions pending in three federal districts: three actions in the Eastern District of Missouri and one action each in the Northern District of California and the Middle District of Florida. Before the Panel is a motion pursuant to 28 U.S.C. §1407, brought by four individuals who are the plaintiffs in the California action and in one Missouri action, to centralize the actions in this litigation in the Eastern District of Missouri for coordinated or consolidated pretrial proceedings. One defendant supports the motion. A number of parties, including plaintiffs the United States and the State of Missouri and several defendants, oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. While we recognize that these actions may share some questions of fact, we note that the actions differ significantly in terms of the parties and issues involved as well as in the scope and focus of the allegations contained in the complaints. We further note that four of the five actions have already been pending for more than eighteen months. In light of these factors, we are not persuaded that Section 1407 transfer is warranted. Additionally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-659 -- In re Syntex Corporation Dioxin Disposal in Missouri Litigation

### Northern District of California

Raymond F. Wehner, et al. v. Syntex Corporation, et al., C.A. No. C-85-20383-WAI

### Middle District of Florida

The Charter Company, et al. v. Lee M. Thomas, et al., C.A. No. 83-974-CIV-J-12

### Eastern District of Missouri

State of Missouri v. Independent Petrochemical Corporation, et al., C.A. No. 83-2670C(2)
Raymond F. Wehner, et al. v. Syntex Corporation, et al., C.A. No. 83-0642C(2)
United States of America v. Russell Martin Bliss, et al., C.A. No. 84-0200-C(1)